# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1194**  **September Term, 2023**

EPA-88FR46795

Filed On: August 22, 2024 [2071460]

Calumet Montana Refining, LLC,

    Petitioner

  v.

Environmental Protection Agency,

    Respondent

------------------------------

Consolidated with 23-1210, 23-1250, 23-1251, 23-1252, 23-1253, 23-1254, 23-1255, 23-1256, 23-1257, 23-1258, 23-1266

## O R D E R

    Upon consideration of respondent's unopposed motion for extension of time to file motions to govern future proceedings, it is

    **ORDERED** that the motion for extension of time be granted. Motions to govern future proceedings in these consolidated cases are now due September 25, 2024.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                           BY:    /s/
                                        Catherine J. Lavender
                                        Deputy Clerk